NEW ENGLAND SAVINGS BANK *v.* STEVEN KRIJGER, ADMINISTRATOR (ESTATE OF MARINUS KRIJGER)

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 940 (AC 12522), is denied.

*Steven Krijger,* pro se, in support of the petition.

*Edward B. O'Connell,* in opposition.

Decided June 9, 1994

KATHERINE MALUSZEWSKI *v.* ALLSTATE INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 27 (AC 12024), is denied.

*Raymond T. DeMeo* and *Stephen E. Goldman,* in support of the petition.

*William J. Sweeney, Jr.,* in opposition.

Decided June 9, 1994

STATE OF CONNECTICUT *v.* VERNON SHANKS

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 103 (AC 11633), is denied.

*Brian J. Kornbrath,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided June 9, 1994